656

No. 260. MUMFORDE *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. George E. C. Hays* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 261. CAIN *v.* HUTSON ET AL. October 12, 1942. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Rossa F. Downing* for petitioner. *Mr. James J. Hayden* for respondents.

Nos. 262, 263, and 264. STROBEL STEEL CONSTRUCTION Co. *v.* STATE HIGHWAY COMMISSIONER. October 12, 1942. Petition for writs of certiorari to the Court of Errors and Appeals of New Jersey denied. *Messrs. Lionel P. Kristeller* and *Saul J. Zucker* for petitioner. *Mr. Joseph Lanigan* for respondent.

No. 266. RESEARCH LABORATORIES, INC. *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Alexander G. Barry* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 271. ROGGE ET AL., COPARTNERS, ET AL. *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Morgan J. Doyle* for petitioners. *Solicitor*

*General Fahy, Assistant Attorney General Littell,* and *Mr. Vernon L. Wilkinson* for the United States.

No. 274. MARSHALL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Thomas C. Lavery* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 276. GONZALES ET AL. *v.* CALIFORNIA. October 12, 1942. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Leo R. Friedman* for petitioners. *Mr. Earl Warren,* Attorney General of California, for respondent.

No. 277. PETRELLI *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Bryan Purteet* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 279. DUBUQUE FIRE & MARINE INSURANCE Co. *v.* REYNOLDS Co., INC. ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hugh Q. Buck* for petitioner.

No. 282. MASON ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of cer-